**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LOUISE YARBRA,

               Plaintiff,

vs.

FEDEX CUSTOM CRITICAL, INC.,
et al.

               Defendants.

CIVIL ACTION FILE

NO.   1:19-cv-01288-AT

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Protective Insurance Company's Unopposed Motion for Summary Judgment and a bench trial on the issue of damages, and the Court having granted said motion and issued its findings of fact and conclusions of law in favor of Plaintiff Louise Yarbra, it is

**Ordered and Adjudged** that Protective Insurance Company recover its costs of this action and the plaintiff, Louise Yarbra is awarded $632,000 in damages.

Dated at Atlanta, Georgia, this 8th day of November, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/R. Harris   
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 8, 2021
Kevin P. Weimer
Clerk of Court

By:  s/R. Harris   
      Deputy Clerk